```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
                   SOUTHERN DISTRICT OF MARYLAND
```

MALIBU MEDIA, LLC
    Plaintiff                         *

                                      PJM-12-2168
                            *

    Vs.
                            *

PATRICK JACKSON
    Defendant

Dear Counsel,

In reviewing our records it appears that:

__X__  The summons and complaint were reissued, but as of this date, we have not received information from you indicating service of process has been effected as to defendants in this case. If service has been effected please electronically file the appropriate <u>Affidavit of Compliance</u>, together with the <u>green receipts</u> for Registered Mail to the clerk's office.

If you have not effected service, please be advised that Fed. R. Civ. P. 4(m) provides that "if service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the Court, upon motion of its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within the specified time." The rule also provides that the court may extend time for service for an appropriate period "if the plaintiff shows good cause for the failure." If you require time beyond the 120 day period and are able to demonstrate good cause, please advise this office promptly of your intention.

Please respond to the inquiry on or before __DECEMBER 6,2012__.

                              Respectfully,

<u>NOVEMBER 20, 2012</u>         ___/s/_____
DATE                         ELLA S. PETERSON
                              COURTROOM DEPUTY FOR THE
                              HONORABLE PETER J. MESSITTE
cc: Judge                   SENIOR UNITED STATES DISTRICT JUDGE
    File